**Order entered September 19, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00866-CV

**MICHAEL WIERSCHEM, M.D., Appellant**

**V.**

**WILLIAM BOURGEOIS AND CAROLYN BOURGEOIS, Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02281-2018**

## ORDER

Before the Court is appellant's September 17, 2019 unopposed motion for leave to file an amended brief to correct errors in the Table of Contents and Table of Authorities. We **GRANT** the motion and **ORDER** the amended brief tendered to this Court by appellant on September 16, 2019 filed as of the date of this order.

/s/ KEN MOLBERG
JUSTICE